No. 993.   TOUSEY ET AL. *v.* WABASH-HARRISON BUILD-ING CORP. ET AL.   June 1, 1936.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Messrs. Meyer Abrams* and *A. L. Myers* for petitioners.   *Messrs. Arthur M. Cox, Edwin B. Mayer,* and *Claude A. Roth* for respondents.   85 F. (2d) 395.

No. 1004.   BEALE ET AL. *v.* SNEAD, REFEREE IN BANK-RUPTCY, ET AL.   June 1, 1936.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. Joseph F. Hall* for petitioners.   *Mr. Meade T. Spicer, Jr.,* for respondents.

No. 1010.   HARPER *v.* CRENSHAW ET AL.   June 1, 1936. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Mr. William C. Sullivan* for petitioner.   *Messrs. Roger J. Whiteford, P. H. Marshall, Arthur P. Drury, George Monk, James O'D. Moran, A. C. Wells,* and *George C. Gertman* for respondents.

No. 1020.   CALLAGHAN ET AL. *v.* MARINE MIDLAND TRUST CO., TRUSTEE;.

No. 1021.   SAME *v.* CITY BANK FARMERS TRUST CO.;

No. 1022.   SAME *v.* CENTRAL HANOVER BANK & TRUST CO., TRUSTEE; and

No. 1023.   SAME *v.* PRESIDENT AND DIRECTORS OF THE MANHATTAN CO., TRUSTEES.   June 1, 1936.   Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Emil Weitzner* for petitioners.   *Messrs. John Ross Delafield, Emery H. Sykes, John M. Perry,* and *J. M. Richardson Lyeth* for respondents.